U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
FILED

**JAN 2 4 2008**

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

UNITED STATES OF AMERICA

VS.

CHARLES D. JONES

CRIMINAL NO. _08-0023_

JUDGE JAMES
MAGISTRATE JUDGE HAYES
26 U.S.C. §§ 7201 & 7206(1)

# INDICTMENT

THE GRAND JURY CHARGES:

### COUNT 1
26 U.S.C. § 7206(1)
Making and Subscribing a False Return

On or before the 6th day of August, 2001, in the Western District of Louisiana and elsewhere, the Defendant, CHARLES D. JONES, did willfully make and subscribe a U.S. Individual Income Tax Return, Form 1040, for the calendar year 2000, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the Internal Revenue Service (IRS), which said U. S. Individual Income Tax Return, Form 1040, he did not believe to be true and correct as to every material matter in that the return reported $247,977 in "Gross receipts or sales" on line 1 of Schedule C, whereas, the Defendant, CHARLES D. JONES then and there well knew and believed that "Gross receipts or sales" for 2000 were substantially higher, all in violation of Title 26, United States Code, Section 7206(1) [26 U.S.C. § 7206(1)].

COUNT 2
26 U.S.C. § 7206(1)
Making and Subscribing a False Return

On or before the 29th day of October, 2003, in the Western District of Louisiana and elsewhere, the Defendant, CHARLES D. JONES, did willfully make and subscribe an Amended U.S. Individual Income Tax Return, Form 1040X, for the calendar year 1999, which was verified by a written declaration that it was made under the penalties of perjury and was filed with the IRS, which said Amended U. S. Individual Income Tax Return, Form 1040X, he did not believe to be true and correct as to every material matter in that the amended return reported "Adjusted gross income" of $171,000 on line 1, whereas, the Defendant, CHARLES D. JONES, then and there well knew and believed that "Adjusted gross income" for 1999 was substantially higher, all in violation of Title 26, United States Code, Section 7206(1) [26 U.S.C. § 7206(1)].

COUNT 3
26 U.S.C. § 7201
Tax Evasion

Beginning on or about the 19th day of July, 1995, and continuing until on or about the 19th day of December, 2003, in the Western District of Louisiana and elsewhere, CHARLES D. JONES, did willfully attempt to evade and defeat a large part of the income tax due and owing by him to the United States of America by taking affirmative acts of evasion, including

• Defendant converted a legal fee, in the form of a check dated July 19, 1995 in the amount of $108,219.81, into cashier's checks and cash (hereafter Fee 1),

-2-

- Defendant converted a legal fee, in the form of a check dated March 31, 1999 in the amount of $554,504.50, into cashier's checks and cash (hereafter Fee 2),

- Defendant converted a legal fee, in the form of a check dated August 31, 1999 in the amount of $90,000, into cashier's checks and cash (hereafter Fee 3),

- on or about the 2nd day of November, 1999, Defendant used cashier's checks from Fee 3 to purchase two lots in North Pointe Plantation Subdivision in Ouachita Parish in the name of a nominee,

- on or about the 31st day of December, 1999, Defendant exchanged three $100,000 cashier's checks from Fee 2 into three other $100,000 cashier's checks,

- on or about the 14th day of April, 2000, Defendant used two of the $100,000 cashier's checks to purchase a certificate of deposit in the amount of $200,000,

- on or about the 23rd day of July, 2001, Defendant used a nominee to purchase property located at 5710 Bon Aire Drive, Monroe, Louisiana for $54,000,

- on or about the 21st day of November, 2001, Defendant obtained a $200,000 loan using the $200,000 certificate of deposit as collateral,

- between February 19, 2002 and August 4, 2003, Defendant reimbursed the nominee over $300,000 for construction of the home at 5710 Bon Aire Drive,

- executed an act of exchange dated November 10, 2003 transferring the home at 5710 Bon Aire Drive from the nominee to Defendant and his wife,

●     executed an act of cash sale dated December 19, 2003 transferring the home at 5710

        Bon Aire Drive from the nominee to Defendant's wife

for the purpose of evading payment of taxes due and owing to the United States of America

in excess of $190,000, all in violation of Title 26, United States Code, Section 7201 [26

U.S.C. § 7201].

A TRUE BILL

DONALD W. WASHINGTON
United States Attorney

By:
JOSEPH G. JARZABEK, #07240
Assistant United States Attorney
300 Fannin St., Ste. 3201
Shreveport, LA 71101

DONALD W. WASHINGTON
United States Attorney

By:
C. MIGNONNE GRIFFING, #19691
Assistant United States Attorney
300 Fannin St., Ste. 3201
Shreveport, LA 71101