MINUTES OF PROCEEDING
JUDGE ROBERT G. JAMES
U.S. DISTRICT JUDGE
April 12, 2010

RECEIVED
USDC, WESTERN DISTRICT OF LA.
TONY R. MOORE, CLERK
DATE 4/12/10
BY

## UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

## MONROE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Cr. Action No. 08-00023 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CHARLES D. JONES | MAG. JUDGE KAREN L. HAYES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

A status conference in the above-referenced matter was held on April 12, 2010, at 10:55 A.M. Mignonne Griffing and Cytheria Jernigan, Assistant United States Attorneys, and Allyn Stroud, attorney for Defendant, participated. Also present were the law clerk, Kayla Dye May, and courtroom deputy, Debbie Dickerson.

Over the weekend, Mike Small, attorney for Defendant, developed a health problem. On Sunday, April 11, 2010, Defendant filed a Motion to Continue Trial [Doc. No. 49], which the Government has opposed [Doc. No. 50]. The Court initially granted a one-day continuance of trial to Tuesday, April 13, 2010, and set this status conference.

After hearing from counsel, the Court finds that the interests of justice served by granting Defendant's Motion to Continue Trial outweigh any potential deleterious impact on the Defendant's,

the Government's and the public's interest in a prompt and speedy trial, as set forth in 18 U.S.C. § 3161. Specifically, the Court finds that, in light of the health problem of Defendant's lead counsel, time is needed to allow adequate preparation of counsel. Thus, Defendant's Motion to Continue Trial is GRANTED, and trial is re-set for Monday, May 10, 2010. Defendant must be prepared to go to trial on that date with either Mr. Small; co-counsel, Mr. Stroud; or another attorney of his choice. All subpoenas previously issued are continuing and remain in effect for the May 10, 2010 trial.

The conference in this matter concluded at 11:25 A.M.

RGJ